**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD FREEMAN,**

      **Petitioner,**

   v.                                 **CASE NO. 2:04-00006**
                                         **JUDGE SMITH**
**WILLIAM TANNER, Warden,**        **MAGISTRATE JUDGE ABEL**

      **Respondent.**

**OPINION AND ORDER**

On February 28, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant habeas corpus petition be dismissed. Doc. No. 23. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.[1]

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

                                                              \s\ George C. Smith
                                                               GEORGE C. SMITH
                                                            United States District Judge

---

[1] The certified mail receipt indicates that petition no longer resides at the Pickaway Correctional Institute; however, it is petitioner's responsibility to keep the Court advised of his current whereabouts.